# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PATRICK WELLS, BETHANY
WELLS, AND KELVIN WELLS

VERSUS

MENTORSHIP STEAM ACADEMY AS
PART OF HELIX COMMUNITY
SCHOOL AND ITS INSURER,
PRESTON CASTILLE, DONALD
JOHNSON, ADONIS REED, AND
CHRISTINE HENRY

NO.   2023 CW 0918

**NOVEMBER 20, 2023**

---

In Re:   Kelvin Wells, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 719275.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT DENIED.** Relator should first seek relief with the district court.

                    **JMG**
                    **WRC**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT



_____
     DEPUTY CLERK OF COURT
        FOR THE COURT